UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-36389
Noel Corral )
 )
 )  Chapter: 13
 )  Honorable Deborah L. Thorne
 )
 )  Cook
Debtor(s) )

**ORDER MODIFYING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL**

THIS CAUSE coming to be heard on the motion of Fifth Third Bank, National Association as Successor by merger to Fifth Third Mortgage Company , a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:

(1) Pursuant to 11 U.S.C. Section 362(d), that Fifth Third Bank, National Association as Successor by merger to Fifth Third Mortgage Company  its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 8407 S 83rd Ct, Hickory Hills, IL .

(2) Fifth Third Bank, National Association as Successor by merger to Fifth Third Mortgage Company 's request for dismissal is withdrawn.

(3) No further payments are to be disbursed to Fifth Third Bank, National Association as Successor by merger to Fifth Third Mortgage Company  on its secured claim.

(4) Rule 4001(a)(3) is waived and Fifth Third Bank, National Association as Successor by merger to Fifth Third Mortgage Company  may immediately enforce and implement this order granting relief from the automatic stay.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: September 23, 2020

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-18-12758)